**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No. 3:19-cr-39 (CAR)** |
| **JOHN WESLEY AMBROSE,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

## ORDER REVOKING PRE-HEARING RELEASE

The above named Supervised Releasee appeared on February 17, 2026, for a hearing on a Petition for Action on Conditions of Pre-Hearing Release, pursuant to 18 U.S.C. § 3148. Based on the evidence presented at the hearing, there is clear and convincing evidence that the Supervised Releasee violated the terms of his pre-hearing release, as alleged in the petition. The Court further finds that the Supervised Releasee is unlikely to abide by any condition or combination of conditions of release.

Accordingly, the Order Setting Conditions of Release is hereby **REVOKED**, and the Defendant is committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall

deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 18th day of February, 2026.


s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge